UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,



Index No. 07 CIV 3511(WP4)

                       Plaintiffs,         **VOLUNTARY NOTICE
                                                              OF DISMISSAL & ORDER**

      -and-

CURRY TRUCKING, CORP.,

                       Defendant.
---------------------------------------------------------------X

       PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice

Dated: July 4, 2007
       Elmsford, New York

                                               BARNES, IACCARINO, VIRGINIA,
                                               AMBINDER & SHEPHERD, PLLC

                                               _____
                                               Karin Arrospide, Esq. (KA9319)
                                               Attorney for Plaintiffs
                                               258 Saw Mill River Road
                                               Elmsford, New York 10523
SO ORDERED: July 16, 2007               (914) 592-1515

                                          July 16, 2007
                                          White Plains, NY

_____
Honorable _____, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```